IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN REINHANSPERGER, | CV 22–78–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| BRETZ, INC.; ROLLING STOCK, INC. d/b/a GREASE MONKEY, INC.; MERCEDES-BENZ USA, LLC; and JOHN DOES 1-10, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 7th day of September, 2022.

_____
Donald W. Molloy, District Judge
United States District Court